B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Joseph T. Beitzinger, Janet L. Poole              Case No.  1:16-bk-12203

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Reliant Loan Servicing, LLC | Partners for Payment Relief DEIV, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

Phone:  714.282.2424
Last Four Digits of Acct #:    7282

Court Claim # (if known):    1-1
Amount of Claim:    $44,221.05
Date Claim Filed:    06/16/2016

Phone:  888.879.4997
Last Four Digits of Acct. #:    0193

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons              Date: 01/13/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.